# Claim 1

1. A system comprising:
an automation control system; and

The **WiMotion** System is an automation control system that provides integrated control of a series of **WiHoists**.





The **WiMotion** System architecture shows the ability to expand to components including multiple (up to 588) **WiHoists**.



Expandability | WICREATIONS

a plurality of chain drives, each chain drive comprising:

The **WiHoist** includes a built-in motor that provides the motive action to lift using a chain.

WIHOIST TP25 / TP35 / TP45 | WICREATIONS

a motor;

The **WiHoist** includes a mechanism, including a five-pocket wheel, that engages the chain for quiet and precise lifting using the chain.



WIHOIST TP25 / TP35 / TP45 | WICREATIONS

a mechanism connected to the motor;

The **WiHoist** includes a mechanism, including a five-pocket wheel, that engages the chain for quiet and precise lifting using the chain.



WIHOIST TP25 / TP35 / TP45 | WICREATIONS

a chain, the chain being engaged by the mechanism to move the chain in response to the motor moving the mechanism; and

The **WiHoist** includes a control board with a microprocessor and memory device, which is described as a variable speed controller.

## WHAT IS WIHOIST

A fully automated and integrated electric chain hoist that meets the highest level of safety. In combination with our WI-VSD-SIL3 (variable speed drive) controller it can be used for the most difficult combinations of objects to move up and down, tilt & pitch as never before! Designed to meet the most demanding entertainment requirements.

a control board, the control board comprising a microprocessor and a memory device, the memory device storing a computer algorithm executable by the microprocessor to generate a plurality of commands to control operation of the motor in response to receiving a signal from the automation control system;

https://www.wicreations.com/storage/files/file/18/wihoist-brochure-v1-tp45.pdf?t=1748612903

The **WiMotion** system receives feedback information from the chain drives, including at least load measurements, path measurements and operational information which is fed back to the **WiMotion** system



**PROTECTION CLASS IP65**
- Standard
- Dust proof
- Protected against water jets
- Outdoor operation
- Mobile use

**POLYGONAL CONNECTIONS**
- All shaft hub connections are built in a self-centering polygonal design.
- Optimal power transmission
- Quick assembly and disassembly

**PROFILE STEEL CHAIN**
- Case hardened and manganese phosphated
- Less wear, increased lifetime
- Chain safety factor min. 8:1 (DIN 56950-1)
- Corrosion resistance

**GEARED LIMIT SWITCH**
- The upper and lower end position of the load hook can be set easely and precisely
- Optionally 2 additional emergency stop contacts available (C1)
- Optionally external limit switch

**LOAD MEASUREMENT**
- Load sensor integrated in suspension
- Simple installation in special eyebolt or hook suspension
- Optionally mechanical protections

**BRAKE**
- Reliable spring loaded DC-brake
- Safe breaking of the load
- Independent second brake on existi

**TRANSMISSION**
- Smooth running
- 3-Step drive with helical gearing
- Permanent lubrication
- Self-contained gearbox

**PATH MEASUREMENT**
- Absolute or incremental encoder
- Incremental encoder or chain wheel
- Optional encoder on drive shaft (with

**MOTOR**
- Powerful built-in motor with power r
- Excellent synchronisation for group
- 3 phase operation or 1 phase operat

**MAINTENANCE**
- Modular design, easy to maintain
- Good accessibility of wearing parts
- Quick and simple replacement (No s

https://www.wicreations.com/storage/files/file/18/wihoist-brochure-v1-tp45.pdf?t=1748612903

wherein the automation control system is capable of receiving feedback information from one or more of the chain drives regarding the operation of the chain drives;

The **WiHoists** are controlled by signals provided by the **WiMotion** software, which through interfaces, such as the **WiDesk** and **WiControllers**, control coordinated motion of the **WiHoists**.

## WIMOTION INTEGRATED CONTROL

The WIHOISTS are controlled by the WICONTROLLERS, guaranteeing a SIL3 safety level. At the heart of this machinery system is the software that deals with the individual and group synchronisation of all the moving hoists using SIL3 group position monitoring. Using the WIDESK with touch screen enabled user interface and running WIMOTION software, the operator can joystick the hoists into position. WIMOTION allows for the easy setup of group halt options, enabling a position lock for all motors in a group and to set the maximum group and individual channel loads.

wherein the automation control system generates the signal based upon coordinated operation of the chain drive with the at least one other chain drive to achieve desired system actions; and

The **WiHoists** are controlled by the **WiMotion** software, which include safety consideration, which include signals, like load and position feedback that both provid coordinated control and positioning, but als safety when the feedback indicates certain path measurements or loads. This feedback information is fed back to the **WiMotion** an **WiControllers**, which control the **WiHoist**



**TIPS FOR THE DESIGNER**

You're going all the way here... In the center of control is the Wi-Desk backed up by 1 or 2 Wi-Desk Lites. To manage all these devices, you will probably bring in sportors or even several sporters-operators with a Wi-Pad which gives them more authority than just holding the Dead-Man's-Handle. This means, we're adding a Wi-ESCommander to manage and zone all safety functions. The Wi-ESC will allow the creation of groups. Within that group, you can define 3 sporting operating profiles: Global, Local or Local-Local if needed you can reinforce this configuration by a Wi-Server. Motion acts are cued by the Lighting Console and safely parameterised by the Wi-Desk. This configuration allows you to control a total of up to 588 motion devices.

The XXL configuration allows you to control a total of up to 588 motion devices.

wherein the signal generated by the automation control system is based, at least in part, upon feedback information from one or more of the chain drives.

The WIMOTION Configuration Tour | WICREATIONS



(cont'd)

https://www.wicreations.com/storage/files/file/18/wihoist-brochure-v1-tp45.pdf?t=1748612903

# Claim 2

The **WiMotion** System utilizes a switch or a touch screen interface through any of a number of user interfaces.

2. The system of claim 1 wherein the automation control system comprises at least one of a switch or a touch screen interface.

## Claim 3

While not explicitly disclosed, it would be expected that the signal controls that the **WiMotion** system uses to control the **WiHoists** would include an operation of the chain drive for a predetermined amount of time.

3. The system of claim 1 wherein the computer algorithm executed by the microprocessor results in the operation of the motor for a predetermined amount of time.

## Claim 4

4. A system comprising:

The **WiMotion** System is an automation control system that provides integrated control of a series of **WiHoist**s.

 

### KEY FEATURES

WIMOTION controlled, variable speed chain hoist with a five-pocket wheel for FAST, QUIET AND PRECISE LIFTING MOVEMENTS.

- Compliant with all applicable international safety standards and codes of practice EN61508, DIN56950, EN 61508 SIL3, BS, FEM and the latest EN17206
- Build-in load-cell for overload and underload monitoring.
- Independent dual brakes for a maximum safety factor of 10:1 (UC4) & 8:1 (UC2).
- Top and bottom limits as well as two ultimate limits to set the highest and lowest lift positions.
- Two encoders (UC4) to fulfill SLS and SLA to a SIL3 integrity safety level.
- Complies with UL, CE, and CSA standards for industrial equipment

| | |
|---|---|
| WEATHERPROOF | Protection class IP65 |
| LONG-LASTING | KTL-coating for hard outdoor use |
| POWERFUL | Powerful built-in motor |
| | Speed up to 36m/min |
| QUIET | Extremely quiet running, 65 dB |
| | Sound pressure level only |
| LIGHT | Low dead weight, perfectly suited for mobile applications |

### HARDWARE

### SOFTWARE

Heart of the ecosystem is our WIMOTION stage automa... integrating with dynamic video content, light and sound t... range of immersive effects. Core is the programming and software developed inhouse. A free downloadable versic... WICOMMUNITY. Movement of objects integrated in a ve... easily be pre-programmed and pre-visualized in realtime... WIMOTION aims to demystify the rocket science aura of... by introducing an entry level of designing motion using p... OBJECTS directly fetchable from the online library and a... stock.

an automation control system; and

The **WiMotion** System architecture shows the ability to expand to components including multiple (up to 588) **WiHoists**.

FROM SMALL....    ...TO XXL UP TO 588 DEVICES

a plurality of chain drives in communication with the automation control system, each chain drive of the plurality of chain drives comprising:

Expandability | WICREATIONS

The **WiHoist** includes a built-in motor that provides the motive action to lift using a chain.

### MAIN FEATURES

- Controlled, variable speed chain hoist with a five-pocket wheel for fast, quiet and precise lifting movements
- Compliant with all applicable international safety standards and codes of practice EN61508, DIN56950, EN61508 SIL3, BS, FEM and the latest EN17206
- Build-in load-cell for overload and underload monitoring
- Independent dual brakes for a maximum safety factor of 10:1 (UC4) & 8:1 (UC2)
- Top and bottom limits as well as 2 ultimate limits to set the highest and lowest lift positions
- Two encoders (UC4) to fulfill SLS and SLA to a SIL3 integrity safety level
- Complies with UL, CE and CSA standards for industrial equipment

| | |
|---|---|
| WEATHER PROOF | Protection class IP65 |
| LONG-LASTING | KTL-coating for hard outdoor use |
| POWERFUL | Built-in motor speed up to 36m/min |
| QUIET | 65 dB sound pressure level only |
| LIGHT | Low dead weight perfect for mobile |



a motor;

WIHOIST TP25 / TP35 / TP45 | WICREATIONS

The **WiHoist** includes a mechanism, including a five-pocket wheel, that engages the chain for quiet and precise lifting using the chain.



a mechanism connected to the motor;

WIHOIST TP25 / TP35 / TP45 | WICREATIONS

The **WiHoist** includes a mechanism, including a five-pocket wheel, that engages the chain for quiet and precise lifting using the chain.



a chain, the chain being engaged by the mechanism to move the chain in response to the motor moving the mechanism; and

WIHOIST TP25 / TP35 / TP45 | WICREATIONS

The **WiHoist** includes a control board with a microprocessor and memory device, which is described as a variable speed controller.

## WHAT IS WIHOIST

A fully automated and integrated electric chain hoist that meets the highest level of safety. In combination with our WI-VSD-SIL3 (variable speed drive) controller it can be used for the most difficult combinations of objects to move up and down, tilt & pitch as never before! Designed to meet the most demanding entertainment requirements.

a control board, the control board comprising microprocessor and a memory device, the memory device storing a computer program executable by the microprocessor to generate a plurality of commands to control operation of the motor in response to receiving a signal from the automation control system;

https://www.wicreations.com/storage/files/file/18/wihoist-brochure-v1-tp45.pdf?t=1748612903

The **WiMotion** system receives feedback information from the chain drives, including at least load measurements, path measurements and operational information which is fed back to the **WiMotion** system



wherein the control board also receives feedback information from the plurality of chain drives regarding operation of the plurality of chain drives; and

https://www.wicreations.com/storage/files/file/18/wihoist-brochure-v1-tp45.pdf?t=1748612903

The **WiHoists** are controlled by the WiMotion software, which include safety consideration, which include signals, like load and position feedback that both provide coordinated control and positioning, but also safety when the feedback indicates certain path measurements or loads. This feedback information is fed back to the **WiMotion** and **WiControllers**, which control the **WiHoist**

## WHAT IS WIHOIST

A fully automated and integrated electric chain hoist that meets the highest level of safety. In combination with our WI-VSD-SIL3 (variable speed drive) controller it can be used for the most difficult combinations of objects to move up and down, tilt & pitch as never before! Designed to meet the most demanding entertainment requirements.

wherein the control board coordinates the action of the chain drive with the plurality of chain drives, based at least in part upon the feedback information from the plurality of chain drives, to achieve desired system actions.

https://www.wicreations.com/storage/files/file/18/wihoist-brochure-v1-tp45.pdf?t=1748612903

## Claim 5

5. The system of claim 4 wherein the automation control system comprises a second computer program executable by a second microprocessor to generate the operational commands for the plurality of chain drives.

The **WiMotion** System utilizes a switch or a touch screen interface through any of a number of user interfaces.

## Claim 6

The **WiHoist** includes a chain drives comprises a connection point in communication with the automation control system.



6. The system of claim 5 wherein each chain drive of the plurality of chain drives comprises a connection point in communication with the automation control system to receive the generated operational commands from the automation control system.

## Claim 7

The **WiHoists** may be connected in a daisy chain loop arrangement to communicate with the automation control system.



7. The system of claim 4 wherein
the plurality of chain drives are connected in a daisy chain loop arrangement to communicate with the automation control system.

## Claim 8

The **WiHoists** may be connected via a connection point in communication with at least one other chain drive to communicate with the automation control system.



8. The system of claim 4 wherein
each chain drive of the plurality of chain drives comprises a connection point in communication with at least one other chain drive of the plurality of chain drives to receive data from the at least one other chain drive of the plurality of chain drives.

## Claim 9

While not expressly disclosed, it would be expected that the **WiHoist** would have a connection point to receive a portable memory device in order to provide firmware or other software to the controller.

9. The system of claim 4 wherein
each chain drive of the plurality of chain drives comprises a connection point to receive a portable memory device.

## Claim 10

While not expressly disclosed, it would be expected that the **WiMotion** system would be able to execute a computer algorithm to rotate the motor in a first direction and a second operational command from the automation control system results in each microprocessor of the plurality of chain drives executing the computer algorithm to rotate the motor in a second direction opposite the first direction in order to provide a retraction and deployment of the chain.

10. The system of claim 4 wherein
a first operational command from the automation control system results in each microprocessor of the plurality of chain drives executing the computer algorithm to rotate the motor in a first direction and a second operational command from the automation control system results in each microprocessor of the plurality of chain drives executing the computer algorithm to rotate the motor in a second direction opposite the first direction.

## Claim 11

While not explicitly disclosed, it would be expected that the **WiHoist** may include a motor that is controllable by one or more of the control boards of a second chain drive other than the at least one chain drive due to the flexible system being interchangeable/expandable.

11. The system of claim 4 wherein
the motor of at least one chain drive is controllable by one or more of the control boards of a second chain drive other than the at least one chain drive.

## Claim 12

While not expressly disclosed, it would be expected that in certain embodiments, particularly with low numbers of chain drives that the   plurality of chain drives is individually wired to every other chain drive of the plurality of chain drives.



12. The system of claim 4 wherein
each chain drive of the plurality of chain drives is individually wired to every other chain drive of the plurality of chain drives.

## Claim 13

While not expressly disclosed, it would be expected that the signal controls that the WiMotion system uses to control the WiHoists would include signals from the automation control system and feedback information communicated using control lines.

13. The system of claim 4 wherein
the signal from the automation control system is communicated using control lines, and the feedback information from the plurality of chain drives is communicated using communication lines.